UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRANDON MONTEZ #439229

        Plaintiff(s)          Civil Action No. 20-11374

v.          Judge Robert H. Cleland

MYLES, ET AL.,

        Defendant(s)
_____/

**ORDER OF DISMISSAL**

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The case was referred to the Pro Se Early Prisoner Mediation Program for possible resolution. A mediation conference was held, and a settlement was placed on the record. Accordingly,

IT IS ORDERED that this action is dismissed with prejudice. This Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.

Date: March 30, 2021          s/Robert H. Cleland
                                                              Robert H. Cleland
                                                              United States District Judge